# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Robert Brier Gwinn

v.

Gale Force, Inc., David A. Wight, individually, and
the vessel, Nan-Bellis-Jo, with her tackle,
engines, gear and appurtenances, in rem.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

  1080 EDL

TO: (Name and address of defendant)

GALE FORCE, INC. and DAVID ALLEN WIGHT
37200 HIGHWAY 36
P.O. BOX 207
BRIDGEVILLE, CALIFORNIA 95526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ARNOLD I. BERSCHLER  (SBN 56557)
BERSCHLER ASSOCIATES, PC
22 BATTERY STREET, SUITE 810
SAN FRANCISCO, CALIFORNIA 94111

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

FEB 2 2 2008
DATE