**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. GWINN,

    Plaintiff,                                    No. C 08-01080 EDL

    v.                                           CLERK'S NOTICE

GALE FORCE, INC.,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for May 27, 2008 has been continued to **June 3, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than May 27, 2008.

Dated: May 19, 2008

                                                        FOR THE COURT,
                                                        Richard W. Wieking, Clerk

                                       by: _____
                                                  Lili M. Harrell
                                                  Courtroom Deputy