```
 1  BERSCHLER ASSOCIATES, PC
    Arnold I. Berschler, SBN# 56557
 2  22 Battery Street, Suite 810
    San Francisco, CA 94111
 3  Telephone (415) 398 1414
 4
    Attorneys for ROBERT BRIER GWINN
 5
 6
 7
 8               UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  Robert Brier Gwinn,            )   Civil No. C 08-01080 EDL
                                   )
11                 Plaintiff,      )   DATE:    Ex parte
                                   )   TIME:
12  v.                             )
                                   )
13  Gale Force, Inc., David A. Wight,)  EX-PARTE APPLICATION FOR ORDERS
    individually, and the vessel, Nan-Bellis-Jo,)  EXTENDING TIMES TO SERVE
14  with her tackle, engines, gear and)  PROCESS, AND MODIFYING ORDER
    appurtenances, in rem,         )   SETTING INITIAL C.M.C AND ADR
15                                 )   DEADLINES
                   Defendants.     )   •   Declaration of Arnold I. Berschler
16  _____    )
```

17   TO THIS HONORABLE COURT:

18   Plaintiff Robert Brier Gwinn applies ex-parte for the Court's orders: orders extending times
19   to serve process, and modifying the order setting initial Case Management Conference and ADR
20   deadliness. THE GROUNDS ARE: (1) No process has been served upon the defendants. (2)
21   Plaintiff's attorney of record has been and continues to be in active settlement negotiations with the
22   representative of the underwriters for the defendants. (3) The claims adjuster will not be able to
23   submit a report to the underwriter until May 28, 2008. (4) The adjuster stated that the underwriters
24   probably would not respond for 21 to 30 days. (5) Effecting service of process would stop
25   negotiations immediately and would cause extensive discovery before the parties would be in any
26   position to undertake formal ADR. (6) It would be in the interest of conserving the resources of the
27   Court and the parties to attempt informal ADR. (7) The extensions sought are set forth in the below
28   declaration of Arnold I. Berschler.

This application is based upon F.R.Civ.P. 1. Plaintiff's attorney advised the defendants' claims adjuster that this application would be made.

RESPECTFULLY SUBMITTED,

DATED: May 22, 2008                    BERSCHLER ASSOCIATES, PC.


\s\ *Arnold I. Berschler*
Arnold I. Berschler, attorneys for
ROBERT BRIER GWINN, plaintiff.

### DECLARATION OF ARNOLD I. BERSCHLER

I, ARNOLD I. BERSCHLER, declare under penalty of perjury that the following allegations are true and correct of my personal knowledge.

1. The representations of fact within the first four grounds for the application, above stated, are true.

2. The conclusions set forth in the grounds, four and five, of the application, above stated, are mine and are based upon my experience in other, similar circumstances.

3. Plaintiff respectfully requests that this Honorable Court issue a superceding Order Setting Initial C.M.C. and ADR Deadlines. It would extend the present Case Management Conference set for June 3, 2008 back 60, some, days and re-set the dates for meeting and conferring, filing a F.R.Civ.P. 26(f) report and Joint ADR certification and stipulation.

4. Plaintiff respectfully requests that this Honorable Court issue its order extending time for effecting service of process from June 23, 2008 to July 7, 2008. (The action was brought on February 22, 2008.)

EXECUTED ON May 22, 2008 at San Francisco, California.


*/S/ Arnold I. Berschler*
ARNOLD I. BERSCHLER