IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT B GWINN,

    Plaintiff,

v.

GALE FORCE INC,

    Defendant.

No. C-08-01080 (EDL)

**ORDER GRANTING EX PARTE APPLICATION; EXTENDING TIME TO SERVE PROCESS AND MODIFYING ORDER SETTING INITIAL CASE DEADLINES**

It is hereby ORDERED that Plaintiff's ex parte application for orders extending time to serve process and modifying order setting initial case management conference and ADR deadlines is hereby GRANTED. Plaintiff's time for effecting service of process is extended to July 7, 2008. The initial case management conference is continued from June 3, 2008 to August 5, 2008 at 10:00 a.m. in Courtroom E, 15th Floor. A joint case management statement shall be filed no later than July 29, 2008. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and the last day to file a joint ADR certification with stipulation to ADR process or notice of need for ADR phone conference is July 14, 2008.

**IT IS SO ORDERED.**

Dated: May 28, 2008

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge