BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for ROBERT BRIER GWINN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Brier Gwinn, ) | Civil No.C 08-01080 EDL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF SETTLEMENT WITH |
| Gale Force, Inc., David A. Wight,) | REQUEST FOR 90 DAY DISMISSAL |
| individually, and the vessel, Nan-Bellis-Jo,) | ORDER |
| with her tackle, engines, gear and) | |
| appurtenances, *in rem*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO THIS HONORABLE COURT:

Plaintiff has entered into a settlement with all defendants and requests this Honorable Court

issue its Conditional Order of Dismissal, effective 90 days after issuance. This would allow the

parties the time to perfect settlement. No defendant has been served. The time for such expires after

July 7, 2008. A form of such order is submitted concurrently, via email

RESPECTFULLY SUBMITTED

DATED: July 3, 2008                    BERSCHLER ASSOCIATES, PC.


__/s/ Arnold I. Berschler_____
Arnold I. Berschler, attorneys for
ROBERT BRIER GWINN, plaintiff.

NOTICE OF SETTLEMENT WITH REQUEST FOR 90 DAY DISMISSAL ORDER

[\gwinn v gale force\trialarb\settle.not]          1